# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENNELL DUNBAR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EMW INC.,<br><br>　　　　Defendant. | Case No.: 1:19-CV-0087- JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT (Doc. 27) |

The plaintiff reports he has settled the matter and indicates he will seek dismissal of the action soon. (Doc. 27) Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than June 1, 2020**;
2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

　　Dated: __April 15, 2020__　　　　　　　　　__/s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE