**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LENNELL DUNBAR, an individual,<br><br>                    Plaintiff,<br><br>vs.<br><br>EMW, INC,<br>                    Defendants. | Case No. 1:19-CV-00087 JLT<br><br>**ORDER CLOSING THE ACTION**<br>(Doc. 29) |

The stipulation to dismiss this action in its entirety with prejudice and with each party to bear her or its own attorneys' fees and costs pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure is hereby GRANTED.

IT IS SO ORDERED.

Dated:   **May 20, 2020**                    **/s/ Jennifer L. Thurston**
                                                                 UNITED STATES MAGISTRATE JUDGE